

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-21-00065-CV

---

MRC Permian Company/Holland Acquisitions, Inc., d/b/a Holland Services,
Appellant/Cross-Appellee

v.

Holland Acquisitions, Inc., d/b/a Holland Services/MRC Permian Company,
Appellee/Cross-Appellant

---

On Appeal from the 143rd District Court
Loving County, Texas
Trial Court No. 17-06-869

---

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal and the cross-appeal for want of prosecution with prejudice. We further order each party bear their own costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 9th day of December 2025.


GINA M. PALAFOX, Justice

Before Palafox and Soto, JJ., and Rodriguez, C.J. (Senior Judge)
Rodriguez, C.J. (Senior Judge), sitting by assignment